U.S. Department of Homeland Security

# Order of Release on Recognizance

File No: ▓▓▓▓▓
Date: February 05, 2024
Event No ▓▓▓▓▓

Name: NELSON FABIAN MOPCSITA SISA

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

[X] You must report for any hearing or interview as directed by the Department of Homeland Security or the Executive Office for Immigration Review.

[X] You must surrender for removal from the United States if so ordered.

[X] You must report in (~~writing~~) (person) to    AS INDICATED ON THE ATTACHED OREC G-56

at _____ (Name and Title of Case Officer)
(Location of DHS Office)        on _____ at _____
                                   (Day of each week or month)     (Time)

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

[X] You must not change your place of residence without first securing written permission from the immigration officer listed above.
[X] You must not violate any local, State, or Federal laws or ordinances.
[X] You must assist the Department of Homeland Security in obtaining any necessary travel documents.
[ ] Other: _____

[ ] See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by the Department of Homeland Security.**

GERARDO MATEO
Date: 2024.02.05 16:44:0▓▓▓▓▓-00
0812894555.CBP

_____
(Signature of DHS Official)
GERARDO MATEO
Acting/Patrol Agent in Charge
(Printed Name and Title of Official)

## Alien's Acknowledgment of Conditions of Release on Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ____SPANISH____ language) and understand the conditions of my release as set forth in this order. I further understand that if I do not comply with these conditions, the Department of Homeland Security may revoke my release without further notice.

IRVING VELAZQUEZ
Date: 2024.02.05 17:▓▓:00 -08:00
0192277208.CBP

IRVING VELAZQUEZ                    Nelson Fabian Moposita        02/05/2024
(Signature of Immigration Officer Serving Order)    (Signature of Alien)           (Date)

### Cancellation of Order

I hereby cancel this order of release because:  [ ] The alien failed to comply with the conditions of release.
[ ] The alien was taken into custody for removal.

_____        _____
(Signature of Immigration Officer Canceling Order)   (Date)

Form I-220A (Rev. 08/01/07) N


Exhibit 2