IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NELSON FABIAN MOPOSITA SISA,<br><br>Petitioner,<br><br>vs.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement; DAVID EASTERWOOD, Acting Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; PAMELA BONDI, U.S. Attorney General; WARDEN, ERO ICE DETENTION, Cass County Jail, Plattsmouth, Nebraska; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Respondents. | **8:26CV41**<br><br>**ORDER SETTING HEARING ON PETITION** |

In this action for habeas corpus relief pursuant to 28 U.S.C. § 2241, Petitioner Nelson Fabian Moposita Sisa, an alien who is a citizen of Ecuador, challenges his detention by Immigration and Customs Enforcement (ICE) seeking enforcement of his rights as a member of the Bond Denial Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM (C.D. Cal.). Filing 1 at 2 (¶ 2), 8 (¶ 25). Although Moposita Sisa filed a Proof of Service as to the Federal Respondents on February 12, 2026, Filing 12, there was no proof of service on the State Respondent. The Court entered a text order on February 13, 2026, stating that no hearing would be set on the Petition until proof of service on the State Respondent was filed. Filing 13. On

February 18, 2026, Moposita Sisa filed a Proof of Service on the State Respondent. Filing 15. Therefore, this matter can now be set for a hearing on Moposita Sisa's Petition. Accordingly,

IT IS ORDERED that a hearing on Petitioner's Petition for Writ of Habeas Corpus is set for Tuesday, February 24, 2026, at 8:30 a.m. (CDT), via Zoom videoconference. Directions to participate in the hearing will be provided separately. The hearing will consist of oral arguments and will be based on written submissions already in the record at that time. The Court anticipates that the hearing will take no more than fifteen minutes, as the Court is in trial in another matter that day.

Dated this 20th day of February, 2026.

BY THE COURT:

Brian C. Buescher
United States Distrit Judge